IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| **OBRIA GROUP, INC., and MY CHOICES d/b/a OBRIA MEDICAL CLINICS PNW**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**ROBERT FERGUSON**, in his official capacity as Attorney General for the State of Washington,<br><br>*Defendant(s).* | No. 3:23-cv-06093-TMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** |

WHEREAS, on March 28, 2024, Plaintiffs filed a Motion for Leave to File a First Supplemental Complaint to make allegations regarding intervening events concerning loss of certain insurance coverage by Obria PNW;

WHEREAS, the Attorney General has opposed that motion, which is now fully briefed;

WHEREAS, Plaintiffs wish to raise with the Court certain additional events concerning Obria PNW's insurance coverage that have occurred since the time its motion became fully briefed, as set forth in the attached proposed Second Supplemental Complaint (Ex. A, clean, Ex. B, redline);

WHEREAS, the Attorney General continues to oppose the filing of a supplemental complaint;

WHEREAS, the parties desire to avoid burdening the Court with another motion for leave to supplement, and response in opposition, while the first motion remains pending;

NOW THEREFORE, it is hereby STIPULATED AND AGREED by and between the parties as follows, subject to the Court's approval and endorsement below:

1. The proposed Second Supplemental Complaint attached hereto may be substituted for the proposed First Supplemental Complaint currently subject to Plaintiffs' motion for leave to file and Defendant's response in opposition thereto;

2. The Attorney General may file a brief of no more than 1,500 words by May 28, 2024, limited to addressing the effect, if any, of the changes in the proposed Second Supplemental Complaint on whether Plaintiffs' motion should be granted;

3. Plaintiffs may file a response brief of no more than 1,500 words by June 4, 2024, limited to addressing the effect, if any, of the changes in the proposed Second Supplemental Complaint on whether Plaintiffs' motion should be granted.

Dated: May 13, 2024.

| | |
|---|---|
| */s/ Lincoln Davis Wilson* <br> Kristen K. Waggoner, Wa. Bar No. 27790 <br> Lincoln Davis Wilson, Wa. Bar No. 53764 <br> Timothy A. Garrison (pro hac vice) <br> ALLIANCE DEFENDING FREEDOM <br> 440 First Street NW, Suite 600 <br> Washington, DC 20001 <br> Telephone: (202) 393-8690 <br> Facsimile: (202) 347-3622 <br> kwaggoner@ADFLegal.org <br> lwilson@ADFLegal.org <br> tgarrison@ADFLegal.org <br><br> Nathaniel L. Taylor, Wa. Bar No. 27174 <br> Abigail St. Hilaire, Wa. Bar No. 48194 <br> ELLIS, LI & MCKINSTRY PLLC <br> 1700 7th Ave Suite 1810 <br> Seattle, WA 98101 <br> Telephone: 206-682-0565 <br> ntaylor@elmlaw.com <br> asthilaire@elmlaw.com <br><br> *Counsel for Plaintiffs* | ROBERT W. FERGUSON <br> Attorney General <br><br> */s/ Lauryn K. Fraas* <br> LAURYN K. FRAAS, WSBA #53238 <br> KENDALL SCOTT COWLES, WSBA #57919 <br> ALEXIA DIORIO, WSBA #57280 <br> ERIC S. NEWMAN, WSBA #31521 <br> Assistant Attorneys General <br> 800 Fifth Avenue, Suite 2000 <br> Seattle, WA 98104-3188 <br> (206) 464-7744 <br> Lauryn.Fraas@atg.wa.gov <br> Kendall.ScottCowles@atg.wa.gov <br> Alexia.Diorio@atg.wa.gov <br> Eric.Newman@atg.wa.gov <br><br> *Attorneys for Defendant* |

IT IS SO ORDERED.

_____
HON. TIFFANY M. CARTWRIGHT