# Exhibit A



**Bob Ferguson**
# ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue • Suite 2000• MS TB 14 • Seattle WA  98104-3188
(206) 464-7744

May 23, 2024

**SENT VIA EMAIL**

Abigail St. Hilaire
Nathaniel Taylor
Ellis Li McKinstry PLLC
1700 7th Ave #1810
Seattle, WA 98101
asthilaire@elmlaw.com
ntaylor@elmlaw.com

**RE:**     *In re: Obria Group and Obria Medical Clinics PNW*

Dear Counsel:

As you are aware, the Consumer Protection Division (the Division) does not issue formal notice to a target when it closes an investigation. We are making an exception in this instance to provide your clients with a statement they can offer to their insurer, which will provide certainty as to the status of this investigation.

Accordingly, this letter is to inform you that the Division closed its investigation into the potential Consumer Protection Act violations set forth in the May 19, 2022 Civil Investigative Demands (the CIDs) issued to Obria Group and Obria Medical Clinics PNW (collectively, Obria) and in related third-party CIDs issued in 2022 to certain of Obria's vendors. No further responses to the CIDs, or those issued to Obria's vendors, are necessary.

No inference should be drawn from the Division's decision not to pursue litigation and to close its investigation.

Sincerely,

/s/ *Heidi C. Anderson*

HEIDI C. ANDERSON
Assistant Attorney General
Attorneys for the State of Washington