UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OBRIA GROUP, INC.; MY CHOICES, <br><br>Plaintiffs, <br><br>v. <br><br>ROBERT FERGUSON, <br><br>Defendant. | Case No. 3:23-cv-06093-TMC <br><br>SCHEDULING ORDER |

Based on the agreements and positions of the presented in the stipulated motion on June 7, 2024 (Dkt. 41), the Court ORDERS as follows:

1. Plaintiffs' pending motion for preliminary injunction (Dkt. 4) and Defendant's pending motion to dismiss (Dkt. 21) are withdrawn;

2. Plaintiffs shall file their Supplemental Complaint (Dkt. 33-1) with certain claims removed by June 21, 2024;

3. Defendant shall file his motion to dismiss the Supplemental Complaint by July 22, 2024, limited to 8,400 words;

4. Plaintiffs may file a combined opposition to the motion to dismiss and motion for summary judgment by August 26, 2024, limited to 12,600 words;

SCHEDULING ORDER - 1

5. Defendant may file a combined reply in support of the motion to dismiss and opposition to summary judgment by September 23, 2024, limited to 10,500 words;

6. Plaintiffs may file a reply in support of summary judgment by October 7, 2024, limited to 4,200 words; and

7. The Court will determine whether to set oral argument after receiving the briefs.

Dated this 7th day of June, 2024.

Tiffany M. Cartwright
United States District Judge

SCHEDULING ORDER - 2